**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| DON LEE ACKLIN, | ) | CASE NO. CV 12-05115 VBF (RZ) |
|---|---|---|
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| G.D. LEWIS, WARDEN, | ) | |
| Respondent. | ) | |

The petition for a writ of habeas corpus is dismissed with prejudice.

Final judgment is hereby entered in favor of respondent and against petitioner.

DATED:    September 11, 2013

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE